IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| BRIAN MARK LEMLEY, JR., | * | CASE NO. 20-mj-192-CBD |
| PATRIK JORDAN MATHEWS, and | * | CASE NO. 20-mj-193-CBD |
| WILLIAM GARFIELD BILBROUGH IV, | * | CASE NO. 20-mj-194-CBD |
| Defendants | * | |

*******

### GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its undersigned attorneys, respectfully moves to unseal the above-captioned case.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: /s/_____
Thomas P. Windom
Assistant United States Attorney

It is so ORDERED, this 15th day of January 2020.

_____
Hon. Charles B. Day
United States Magistrate Judge