IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LOGGED ✓ RECEIVED

JAN 1 6 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.   CBD 20-mj-00193 |
| PATRIK JORDAN MATHEWS | * | |

******

### ORDER OF TEMPORARY DETENTION PENDING HEARING
### PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for **January 22, 2020** (date) at **10:30 AM** (time) before **Honorable Timothy J. Sullivan**, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom **TBD**.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

January 16, 2020
Date

_____
Charles B. Day
United States Magistrate Judge

2020 JAN 16 PM 4:51
U.S. MARSHALS
GREENBELT, MD.

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention