IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal Case No. TDC-20-0033** |
| **PATRIK MATHEWS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS AS ADDITIONAL INFORMATION BECOMES AVAILABLE TO THE DEFENSE

The defendant, Patrik Mathews, through his attorney Joseph A. Balter, respectfully moves this Honorable Court for leave to file additional motions as additional information becomes available to the defense. In support thereof, counsel states the following:

1. The defendant, Patrik Mathews, is charged with being an Alien in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(5) and Transporting a Firearm and Ammunition in Interstate Commerce with Intent to Commit a Felony, in violation of 18 U.S.C. § 924(b).

2. To date, the government has provided defense counsel with some of the relevant discovery. It appears, however, that the government will likely provide additional discovery in the future.

3. The defendant requests leave to file any motion that may be appropriate to any discovery information received subsequently from the government.

**WHEREFORE**, Mr. Mathews respectfully requests that the Court grant him leave to file additional pretrial motions as additional discovery or other information, or the significance thereof, becomes known to defense counsel, including but not limited to motions pursuant to Federal Rule of Criminal Procedure 12(b) and motions in limine.

Respectfully submitted,

/S/
_____
JOSEPH A. BALTER        #04496
Law Office of Joseph A. Balter, LLC
Mt. Washington Mill
1340 Smith Avenue, Ste 200
Baltimore, Maryland 21201
Telephone:  (410) 375-7082
Facsimile:   (410) 779-1201
Email:          joseph@josephbalterlaw.com