IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Case No. TDC-20-0033 |
| PATRIK MATHEWS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ADOPT ALL PERTINENT MOTIONS FILED BY CODEFENDANTS

The defendant, Patrik Mathews, through his attorney Joseph A. Balter, hereby moves this Honorable Court, for leave to adopt and join in all pertinent motions filed by his co-defendants, and as reasons therefore states as follows:

1. The defendant, Patrik Mathews, is charged with being an Alien in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(5) and Transporting a Firearm and Ammunition in Interstate Commerce with Intent to Commit a Felony, in violation of 18 U.S.C. § 924(b).

2. It is in the interest of the judicial economy to allow the defendant to join in and adopt all motions filed by his co-defendants, which may be relevant to Mr. Mathews, to the extent they are not inconsistent with the interests of Mr. Mathews.

**WHEREFORE**, the defendant requests that this Honorable Court treat all motions filed by Mr. Mathews' co-defendants to be equally applicable to him.

Respectfully submitted,

/S/
_____
JOSEPH A. BALTER          #04496
Law Office of Joseph A. Balter, LLC
Mt. Washington Mill
1340 Smith Avenue, Ste 200
Baltimore, Maryland 21201
Telephone:  (410) 375-7082
Facsimile:  (410) 779-1201
Email:       joseph@josephbalterlaw.com