# LAW OFFICE OF JOSEPH A. BALTER, LLC

MT. WASHINGTON MILL
1340 SMITH AVENUE, STE 200
BALTIMORE, MARYLAND
TEL: (410) 375-7082
FAX: (443) 817-0799

joseph@josephbalterlaw.com

JOSEPH A. BALTER  
Admitted: Maryland and New York

JOSEPH C. STIERS  
jcstiers@gmail.com  
(301) 412-5959

February 14, 2021

Honorable Theodore D. Chuang  
United States District Court  
for the District of Maryland  
101 W. Lombard Street  
Baltimore, MD 21201

      Re: *United States v. Patrik Mathews*  
      Case No. TMD-20-0612

Dear Judge Chuang:

      I am writing to provide notice that *US v. Miselis*, 972 F.3d 518 (4th Cir. 2020) may be relevant to the issues at the motions hearing on Tuesday, February 16, 2021. The defendant filed motions to suppress various search and seizure warrants. ECF Nos. 102, 103, and 104. In each supporting affidavit the government alleged probable cause in connection with target offenses that included violations of the Anti-Riot Act, 18 U.S.C. §2101.

      In *Miselis*, the Fourth Circuit held that sections of the Anti-Riot act were overbroad to the extent that they created liability for the exercise of free speech that were protected under *Brandenburg v. Ohio,* 395 U.S. 444 (1969). *Id.* 972 F.3d at 541. The Court found that the Anti-Riot statute that prohibited a person to " organize, promote, encourage, participate in, or carry on a riot…" swept up a substantial amount of protected First Amendment activity. The court held that "promotion, encouragement, and urging of a riot" represented protected speech under the Fourth Amendment. *Id.* at 541; 546-57. Finding those provisions unconstitutional, the court severed them out of the statute. *Id.* at 547.

      The defendant's pretrial motions seeking suppression of the warrants contends that the warrants were unlawfully based on information protected by the First Amendment. The holding in *Miselas* further supports the defendant's arguments.

Thank you for your consideration of this matter.

                                            Respectfully,

                                            /S/

                                            Joseph A. Balter

Cc: AUSA Thomas Windom
     AUSA Thomas Sullivan