# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN MARK LEMLEY, JR. and<br>PATRIK JORDAN MATHEWS,<br><br>Defendants. | Criminal Action No. TDC-20-0033 |

## ORDER

For the reasons stated at the Hearing on February 16, 2021, it is hereby ORDERED that:

1. Defendant Patrik Jordan Mathews's Motion to Suppress Tangible and Derivative Evidence from Telephone Search and Tracking Warrants, ECF No. 102, Motion to Suppress Tangible and Derivative Evidence of the CCTV and Sneak and Peek Warrants for 29 Wenark Drive, ECF No. 103, and Motion to Suppress Title III Interception Evidence, ECF No. 104, are DENIED.

2. Mathews's Motion for Severance from Co-Defendants, ECF No. 106, is DENIED.

3. Defendant Brian Mark Lemley Jr.'s Motion to Suppress Evidence Seized Pursuant to Search Warrants, ECF No. 110, is DENIED.

Date: February 16, 2021

THEODORE D. CHUANG
United States District Judge