# **EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-20-33 |
| | * | CRIMINAL NO. TDC-21-205 |
| BRIAN MARK LEMLEY, JR., and | * | CRIMINAL NO. TDC-21-206 |
| PATRIK JORDAN MATHEWS, | * | |
| | * | |
| Defendants | * | |
| | * | |

********

**AFFIDAVIT IN SUPPORT OF
GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

I, Rachid Harrison, submit this affidavit in support of the Government's Memorandum in Aid of Sentencing.

### Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been a Special Agent with the FBI for over five years, prior to which I spent approximately two years as a Special Agent of the Drug Enforcement Administration ("DEA"). During my tenure with the FBI and DEA, I have investigated and participated in the investigations of numerous drug trafficking and international and domestic terrorism violations.

2. I am the co-case agent in the investigation of Brian Mark Lemley, Jr., and Patrik Jordan Mathews.

3. During the course of the investigation into Lemley and Mathews, I served or caused others to serve a substantial amount of legal process, including subpoenas and § 2703(d) orders. I also swore out a number of search warrant affidavits, including ones related to telephone location information, email content, other electronic data, and physical locations. I also was the affiant on the Title III and CCTV affidavits in this case. And during the investigation, I coordinated with an

- 1 -

FBI undercover employee ("UCE") who interacted with Lemley and Mathews, both in person and through electronic means.

4. Other co-case agents swore out other search warrant affidavits during the course of this investigation. I am familiar with those affidavits and the content that the Government obtained pursuant to those warrants.

5. The facts in this affidavit come from my personal observations, my training and experience, my review of documents, and information obtained from other agents and witnesses.

**Assertions in the Government's Sentencing Memo**

6. Within The Base's encrypted chat rooms, members discussed, among other things, recruitment, creating a white ethno-state, committing acts of violence against minority communities (including African-Americans and Jewish-Americans), the organization's military-style training camps, and ways to make improvised explosive devices.

7. From 2018 through at least the date of the defendants' arrests in January 2020, The Base was building a coalition of white supremacist members within the United States and abroad through, among other things, online chat rooms, in-person meetings, propaganda, and military training.

8. The Base's membership included members of other white supremacist organizations, including Atomwaffen Division, a violent neo-Nazi terror group linked to several hate crimes.

9. The Government obtained content for Twitter accounts maintained by the leader of The Base, who goes by the monikers Roman Wolf and Norman Spear. The image and tweets/posts in the Government's Memorandum in Aid of Sentencing, principally on pages 4 through 6,

ascribed to The Base's Twitter accounts were obtained by the Government pursuant to search warrants or otherwise.

10. Lemley participated in encrypted online chats with other members of The Base. In the chats, Base members frequently discussed evading law enforcement and what would happen if law enforcement tried to disrupt their activities, including: how they would react if law enforcement showed up with warrants; shooting it out with law enforcement; suicide by cop; and the importance of not letting law enforcement take them alive if they come with a warrant.

11. On or about August 19, 2019, the Royal Canadian Mounted Police ("RCMP") executed a search warrant at Mathews's residence.

12. I and other FBI personnel have reviewed CCTV video footage and Title III audio from the Delaware residence on January 5, 2020. On that date, after Lemley and Mathews returned to the Delaware residence from the Maryland gun range, they began packing rations and material, presumably to be used during and after the Virginia conduct. Lemley and Mathews loaded a hard pelican case and at least one other container with food and supplies, and Mathews stated that he wanted to make sure he brought his gas mask. Mathews stated that they can survive in the area until "we get some hogs." Lemley stated that they may have three or five months' worth of food, and it "might be enough til the war is over." Later that night, Lemley stated that he bought a four-foot metal antenna for his truck, presumably in order to achieve better radio reception and communications ability during and after any Virginia conflagration.

### Exhibits to the Government's Sentencing Memo

13. **Exhibit 2**, **Exhibit 3**, **Exhibit 4**, **Exhibit 5**, **Exhibit 6**, **Exhibit 8**, **Exhibit 9**, **Exhibit 10**, **Exhibit 12**, **Exhibit 14**, **Exhibit 15**, **Exhibit 16**, **Exhibit 18**, and **Exhibit 24** are emails

the Government obtained pursuant to federal search warrants for email content for some of Lemley's email accounts.

14. **Exhibit 7**, **Exhibit 11**, **Exhibit 13**, and **Exhibit 17** are Twitter content (direct messages, tweets, and other content) the Government obtained pursuant to a federal search warrant for one of Lemley's Twitter accounts.

15. **Exhibit 19**, **Exhibit 20**, and **Exhibit 32** are images taken by the UCE of chats within an encrypted messaging platform used by members of The Base. Lemley is identified by the monikers Cantgoback or Wontgoback. Mathews is identified by various iterations of the moniker Snake Punished.

16. **Exhibit 21** is a document obtained by the Government from the Royal Canadian Mounted Police ("RCMP"). The RCMP informed the FBI that the document was obtained from a trash can during a search of Mathews's residence in Canada.

17. **Exhibit 22** is a series of chats within an encrypted messaging platform used by members of The Base. The FBI obtained these chats from an attorney for an individual who infiltrated The Base. Lemley is identified by the monikers Cantgoback or Wontgoback. Mathews is identified by various iterations of the moniker Snake Punished.

18. **Exhibit 23** is a series of photographs taken by the FBI during a search of Lemley and Mathews's residence in Delaware in December 2019.

19. **Exhibit 25** and **Exhibit 26** are videos obtained from a search of electronic devices during a search of Lemley and Mathews's residence in Delaware in December 2019. The voice in **Exhibit 25** is Mathews's voice. The person wearing a gas mask in **Exhibit 26** is Mathews. FBI personnel drafted a transcript of **Exhibit 25**. I reviewed the transcript, which is **Exhibit 25a**, and it is accurate to the best of my knowledge and belief.

20. **Exhibit 27** through **Exhibit 31** and **Exhibit 33** through **Exhibit 46** are audio interceptions obtained pursuant to Title III authority through a device placed in Lemley and Mathews's residence in Delaware. FBI personnel drafted transcripts of each audio interception, and I reviewed each of the transcripts. The transcripts, which are denominated by an "a" after the exhibit number (for example, **Exhibit 27a** is the transcript for **Exhibit 27**) are accurate to the best of my knowledge and belief.

21. **Exhibit 47** is a series of photographs taken by the FBI during a search of Lemley and Mathews's residence in Delaware in January 2020.

22. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2021.

Respectfully submitted,

Rachid T. Harrison, Special Agent
Federal Bureau of Investigation