# **EXHIBIT 2**

Case 8:20-cr-00033-TDC   Document 169-2   Filed 09/30/21   Page 2 of 2

**Subject:** Contact info
**From:** brian lemley < ███████████████████ >
**Date:** 11/12/2017, 10:00 PM
**To:** Northwest Net <nwnet@earthlink.net>

Brian Lemley
███████ Newark Delaware 19713

Please send intro packet.

---

**From:** Northwest Net <nwnet@earthlink.net>
**Sent:** Sunday, November 12, 2017 9:40:47 PM
**To:** Northwest Net
**Subject:** Temp4 List

Okay, November Temp4 list now up to 7 new contact people a/o 12 November, so I'll go ahead and start another cycle.

-HAC