# **EXHIBIT 3**

**Subject:** Re: Let''s Get Creative, Dewds
**From:** brian lemley <​​​​​​​​​​​​​​​​​​​​​​​​>
**Date:** 11/18/2017, 12:01 PM
**To:** Northwest Net <nwnet@earthlink.net>

I need to have a conversation with an actual person that has the authority to discuss bloodlines and conflict with the nf constitution. I am currently planning my migration and this is holding me up. Please email me back if you are prepared to hear and answer my question.

---

**From:** Northwest Net <nwnet@earthlink.net>
**Sent:** Saturday, November 18, 2017 11:51:03 AM
**To:** Northwest Net
**Subject:** Let''s Get Creative, Dewds

Grittings, dewds:

    I am attaching an MS Word text of "I Am A Northwest Volunteer." Let's get those graphic talents flowing and see who can come up with the best single-page 8½ X 11 leaflet which includes the northwestfront.org website and the Box 2188 address.

-HAC