# **EXHIBIT 23**









