# EXHIBIT 29
# (Audio File)