# **EXHIBIT 42a**

**Session Number: 1925**

**Date: 1/9/20**

**Beginning Time: 06:44:20 EST**

**Timestamps Transcribed: 00:00-04:27**

MATHEWS: Say what.

LEMLEY: Is that her address.

MATHEWS: How did her address get out there.

LEMLEY: Someone posted it.

MATHEWS: What could we do with that. Ah I would actually. Hey wait a minute. Okay. So let's just say that things are moving a lot slower than they should be. Let's say these people aren't gonna push through those laws.

LEMLEY: Don't say it.

MATHEWS: But just just what if.

LEMLEY: [unintelligible]

MATHEWS: What if one of them just you know happens.

LEMLEY: [unintelligible]

MATHEWS: To be the victim of gun violence they would probably accelerate their gun control agenda. No no no that that doesn't too high risk. She probably lives like in a mansion with like.

LEMLEY: It is a mansion.

MATHEWS: God knows [unintelligible].

LEMLEY: I doubt there's a place to sit about 5 600 yards away.

MATHEWS: Depending on how she gets to work every day. We could just you know have [unintelligible] something happens to her on the way to work. You know what I mean.

MATHEWS: Ah considering that she's Jewish that tells me that ah fuck it's interesting how they invaded that one city took over and now they're changing the state [unintelligible] I mean you've seen that laundry list of bills. They're gonna radically change Virginia.

LEMLEY: She's a woman too so she doesn't understand subtleties. She'll just go right for the throat.

MATHEWS: She she's the one in charge.

LEMLEY: Her and Ralphie.

MATHEWS: Hmm. It sounds like Ralph isn't exactly the greatest guy either. Well we'll have to see what happens tomorrow. Today was almost a nothing burger. [unintelligible]

1