# **EXHIBIT 46a**

**Session Number: 2562**

**Date: 1/15/20**

**Beginning Time: 06:44:33 EST**

**Timestamps Transcribed: 00:00-08:30**

--

MATHEWS: I've been thinking about it a little bit.

LEMLEY: You've been thinking?

MATTHEWS: Is perhaps among The Base, once we go meet up with AK and the boys…

LEMLEY: Yeah, that'd be cool.

MATTHEWS: We'll touch base with them. About, uh, for example, about the idea you've been having about you know hitting, hitting, you know, striking when it's hot. You know, once the flash point starts, starts, we gotta get in there and explain *[unintelligible]*

LEMLEY: Anyone who doesn't acknowledge that is fake and gay. Let's be honest, there's a flashpoint's happening? Nah, not yet, nigga, let's see if it turns into something real. Nah, man, like, those guys are gonna get fucking, fucking destroyed. Fuck them.

MATTHEWS: Well the boys put it in perspective-

LEMLEY: Nooo. No, no.

MATTHEWS: I'm just gonna tell you right now, that, they boys, one of the boys unfortunately, put it closer…put it this way, they are the equivalent of six to twenty Roman legions heading there on the 20th. Six to twenty. That's a lot of fucking people. And considering, help your fucking brother…

LEMLEY: A legion is 10,000?

MATTHEWS: A thousand.

LEMLEY: That all? There should be more than that.

MATTHEWS: Oh, I don't know. Two thousand, something like that. All I'm saying is…

LEMLEY: There might be 100,000 people.

MATTHEWS: Who knows how many fucking people there are that will be there. But what is it gonna be? Feels like a *[unintelligible]*…They have no idea what to do.

LEMLEY: If you don't sign a contract saying that you will fight when there is a flashpoint, an open conflict of the United States, you need to get kicked out of The Base.

1

MATTHEWS: That's kinda where I think...

LEMLEY: Like who the fuck are…Who the fuck are you? Like you're not…What are you if you're not gonna do that? It kinda like blows me out, just blows me out of the water, like, what? What are you even doing? Why are you here? Maybe you're here because you wanna be a cool guy?

MATTHEWS: Pretty much.

LEMLEY: And now I'm not…you're saying like, "We're the real *[unintelligible]*." I don't necessarily believe that because I'm not, actually, living up to siege, so I wouldn't consider myself a real *[unintelligible]*.

MATTHEWS: What do you mean?

LEMLEY: Uhhh, I'm not, I'm not out there like attacking infrastructure and like, want, and like, being like a fucking assassin.

MATTHEWS: [unintelligible] Yeah well the trouble is, nobody is either, either. And what's…this is the issue I see of it. You're not doing it. Nobody's imparting useful knowledge on anyone. The people most willing to do it don't have their fucking life sorted out, don't have their own car, don't have a job, don't have money. And the worst part is the organizations that are supposed to be involved in direct action have no fucking capability because they're full of fucking teenagers.

LEMLEY: You can't do it as a group anyways. Has to be done solo.

MATTHEWS: Um, no.  Terrorism…*[unintelligible talking over each other]*

MATTHEWS: Terrorism can be done as a group but actions *[unintelligible]*

LEMLEY: *[unintelligible]*

MATTHEWS: It's got…

LEMLEY: It, it will totally unravel.

MATTHEWS: *[unintelligible]* Hezbollah, the Taliban, etc.

LEMLEY: That's not in the United States, bro. Name me one group that has been able to maintain cohesion in like, well, uh, working as a group to terrorize the United States that haven't completely fucking unraveled. But I could name several individuals who held out for quite a long time.

MATTHEWS: Individuals.  Well, we already…okay.

LEMLEY: No, you cannot make a Hezbollah in the United States. Not under the, uh, the CIA, FBI and the 27 intelligence agencies that monitor all of our traffic and all of our day to day lives. Only one individual can do it. And there couldn't be no trust among a group of murderers. I cannot trust you to keep my murdering secrets. Not under, threat of 30 years in jail and torture. Why should I trust

you? Why should I put that burden on you?

MATTHEWS: Burden?

LEMLEY: Yes, it's a burden.

MATTHEWS: Comes with the territory... *[unintelligible]*

LEMLEY: No, I mean, you don't know me and I don't know you. Not in the same way, not the way that you would need to. You don't know the depths of my courage, and I don't know yours.

MATTHEWS: Right now, if I ever get captured, I am going to jail for the rest of my life. You realize like they're just gonna call us terrorists, and terrorists, for example, in Canada, can be jailed indefinitely. There…there is no jail term. They just keep you in jail and they say that they're interrogating you or whatever. That's what they've done with Islamic terrorists. Omar…

LEMLEY: (U/I) actually did stuff?

MATTHEWS: Yeah, Omar Kadir was in Afghanistan. He was, for whatever reason, brought back to Canada. He was then jailed and interrogated. He basically was a kid that threw a fuckin' grenade and wounded some U.S. soldiers. Now, he somehow made it to Afghanistan, technically a Canadian citizen. Don't ask me how. It's kinda retarded. But, he gets taken back to the US and instead of just being stripped of his citizenship and deported, nope. He wins a ten million dollar lawsuit. Now that's because...we're not fighting...

LEMLEY: Where are you going with this?

MATTHEWS: What I'm saying is he was jailed for ten years.

LEMLEY: And, but he did something. We didn't do anything.

MATTHEWS: He was uh, that was in a war zone. But because he wasn't a part of a group he was belligerent. But, now that being said, um, they're going to call us terrorists, and it's just gonna be that they're gonna try to keep us in jail as long as possible, and nevermind like, any actions they will take, they'll just…like. All I'm saying is, what we are is going to have a jail sentence, at a minimum. So the question is, if we're gonna go to jail anyway. Might as well go to jail for something good. Might as well do some damage to the system.

LEMLEY: First of all I'm in agreement *[unintelligible]*. I may be going to jail upon discovery of the propaganda in my cell phone, but I'm not going to jail for that long.

**///End transcription at 08:30///**

3