# **EXHIBIT 47**

















