IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-20-33 |
| | * | CRIMINAL NO. TDC-21-205 |
| BRIAN MARK LEMLEY, JR., and | * | CRIMINAL NO. TDC-21-206 |
| PATRIK JORDAN MATHEWS, | * | |
| | * | |
| Defendants | * | |
| | * | |

********

**GOVERNMENT'S MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS
AS AUDIO AND VIDEO FILES**

The United States of America, by and through its undersigned attorneys, moves this Honorable Court for leave to file audio and video files that have already been submitted under seal as exhibits so that the Court will have the benefit of listening to and watching recordings, as opposed to just transcripts.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By:   /s/_____
Thomas P. Windom
Assistant United States Attorney


So Ordered this ____ day of October, 2021.


_____
Hon. Theodore D. Chuang
United States District Judge