IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-20-33 |
| | * | CRIMINAL NO. TDC-21-205 |
| BRIAN MARK LEMLEY, JR., and | * | CRIMINAL NO. TDC-21-206 |
| PATRIK JORDAN MATHEWS, | * | |
| | * | |
| Defendants | * | |
| | * | |

********

## GOVERNMENT'S NOTICE REGARDING SENTENCING FILINGS

Today, the Government filed a sentencing memo and exhibits in the above-captioned case. I write separately regarding a few items.

First, due to the volume and format of the filings, the Government made the filings only in the original case, Criminal No. TDC-20-33. However, the filings are equally applicable to (and captioned for) the two cases transferred here from the District of Delaware, Criminal Nos. TDC-21-205 and TDC-21-206.

Second, the Scheduling Order requires compliance with "the Local Rules relating to . . . double spacing." *See* ECF No. 56, Part VII.2. In turn, Local Rule 102.2(b) requires that "lines of text for all documents…shall be double-spaced except for quotations and footnotes." The Government's sentencing memorandum has a substantial amount of single-spaced quotations, and the Government believes that it has complied with the Local Rules. In any event, the Government's sentencing memorandum comes in well under the fifty pages allotted by the Court. *See* ECF No. 158 ¶ 7; ECF No. 161 ¶ 7.

Third, tomorrow, the Government will deliver to the Clerk's Office a courtesy copy of today's filing, along with a disc with the audio and video file exhibits referenced in the sentencing

memorandum.  The Government also will file under seal the password to the disc.  *See* ECF No. 56, Part VII.3.

                                           Respectfully Submitted,

                                           Jonathan F. Lenzner
                                           Acting United States Attorney

By: /s/_____
       Thomas P. Windom
       Assistant United States Attorney