IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

v.                                *          **Criminal Case No. TDC-20-0033**

PATRIK MATHEWS                    *

*     *     *     *     *     *     *     *     *     *     *     *     *

## MOTION FOR LEAVE TO FILE SEALED MATERIALS

Patrik Mathews, through his attorney, hereby moves this Honorable Court for leave to the file the Defendant's Sentencing Memorandum under seal. As grounds therefore, the defense states that the Sentencing Memorandum contains confidential personal information including confidential health records.

WHEREFORE, the defense requests that this Honorable Court grant its motion for leave to file the Defendant's Sentencing Memorandum.

Respectfully submitted,

_____/s/_____
JOSEPH A. BALTER, #04496
Law Office of Joseph A. Balter, LLC
Mt. Washington Mill
1340 Smith Avenue, Ste 200
Baltimore, Maryland 21201
Telephone:  (410) 375-7082
Facsimile:  (410) 779-1201
Email:       joseph@josephbalterlaw.com