IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal Case No. TDC-20-0033** |
| **PATRIK MATHEWS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of defendant's Motion for Leave to File Sealed Materials filed on September 30, 2021, it is this _____ day of October, 2021, by the United States District Court for the District of Maryland,

**ORDERED**, that the defendant's Motion for Leave to File Sealed Materials is GRANTED for the reasons set forth in its motion.

_____
**THE HON. Theodore D. Chuang**
United States District Judge